UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:12-CR-135-DBH |
| | ) | |
| HASAN WORTHY, | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S MOTION

In the title of his pleading "Defendant Worthy's Appeal from Interim and Permanent Orders of Detention and Objection to Recommended Decision Denying Mot. for Release (ECF No. 30), the defendant makes a "Request for Interim Release or Expedited Briefing and Hearing." He does not develop the request in the pleading itself. Nevertheless, I **GRANT** the request for expedited briefing and hearing. The Clerk has scheduled a hearing for August 24, 2012, with all further submissions to be made before then.

SO ORDERED.

DATED THIS 16TH DAY OF AUGUST, 2012

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**