# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v. )<br>)<br>HASAN WORTHY, )<br>)<br>Defendant ) | CRIMINAL NO. 2:12-CR-135-DBH |

## PROCEDURAL ORDER

A hearing on all pending matters and a conference of counsel is scheduled for August 24, 2012. Counsel shall be prepared to address the following issues:

1. The defendant's appeal of his detention order and the recommended decision to deny release.

2. The government's request for a September trial date. In that connection, I note that the motion filing deadline is August 21. In filing any motion and/or memorandum, counsel shall identify what is new, as opposed to what is a repeat of matters already presented in 2:10-cr-136-DBH-03. At the conference, counsel shall be prepared to discuss this further, as necessary.

3. Any outstanding discovery issues.

**So Ordered.**

Dated this 17th day of August, 2012

/s/ D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**